IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NATHANIEL LEE DELOACH**                                          **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:09cv288HSO-JMR**

**MICHAEL J. ASTRUE,**                                             **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [29-1] entered in this cause on July 22, 2011, together with Plaintiff's Objection thereto [31-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter be, and hereby is, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE